## UMFREVILLE *et al.* v. KEELER.

Re-argument of cause decided at the October term, 1873, and reported in 1 N. Y. Sup. 486, and motion by plaintiffs to modify order of reference.

*A. Thorn,* for plaintiffs.

*W. H. Gurney,* for defendant.

E. DARWIN SMITH, J.

The opinion holds that the order granted at the October term should be modified so that the referee be directed to take an account of the rents and profits of the premises of which plaintiff was dispossessed, since defendant took possession, on the ground that defendants have been in possession since the litigation commenced, which point was not considered by the court in the former argument.

*Ordered accordingly.*